IN THE UNITED STATES DISTRICT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CITRUS ENERGY CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | No.: 3:10-cv-1801 |
| DEER PARK LUMBER, INC.; ) | |
| RYVAMAT, INC.; SALLY A. ) | |
| STEELE, an individual, and UNIT ) | |
| PETROLEUM COMPANY, ) | |
| ) | |
| Defendants. ) | |

## STATUS REPORT REGARDING SERVICE OF PROCESS

AND NOW comes Plaintiff Citrus Energy Corporation ("Citrus") and by its undersigned attorneys submits this Status Report Regarding Service of Process as directed by the Honorable James M. Munley, stating as follows:

1. Citrus commenced this action on August 27, 2010.

2. Even prior to commencing this action, Citrus and certain Defendants had been engaged in settlement negotiations seeking a complete resolution of all claims.

3. These settlement negotiations continued following the institution of this action and it was hoped that a settlement could have been consummated prior to the need to serve original process in this action.

4. Although the ongoing settlement negotiations were at an advanced stage, they were not proceeding to conclusion: (a) with the alacrity desired by Citrus or (b) in accordance with Citrus' duties to achieve service of original process. Accordingly, Citrus was compelled to arrange for service of process in October 2010.

5. On October 14, 2010, Citrus provided a Notice of Lawsuit and Request for Waiver of Service of Summons to Defendants Deer Park Lumber, Inc., Ryvamat, Inc. and Sally A. Steele. Pursuant to the Federal Rules of Civil Procedure, these Defendants' return of the Waiver is due November 13, 2010

6. On October 18, 2010, Citrus provided a Notice of Lawsuit and Request for Waiver of Service of Summons to Defendant Unit Petroleum Company. Counsel for Unit Petroleum has executed the Waiver and provided a copy to counsel for Citrus.

7. Within the past week, the parties to the settlement negotiations reached an agreement on the terms of settlement. As of the filing of this Status Report, counsel for Citrus represents to this Honorable Court that settlement documents are being executed and exchanged. Counsel for Citrus expects that the executed settlement documents will be delivered to the respective parties by early next week. Promptly thereafter, Citrus will discontinue this action with prejudice.

Date: November 10, 2010                     YUKEVICH, MARCHETTI, LIEKAR
                     & ZANGRILLI, P.C.

                     By: s/ Thomas S. Anderson, Esq.
                       ALBERT J. ZANGRILLI, JR.
                       Pa. I.D. #15929
                       KEVIN J. O'HARE
                       Pa I.D. #66840
                       THOMAS S. ANDERSON
                       Pa. I.D. #91016

                       11 Stanwix Street, Suite 1024
                       Pittsburgh, PA  15222-1324

                       Attorneys for Plaintiff Citrus Energy Corporation

# CERTIFICATE OF SERVICE

I hereby certify that this 10th day of November, 2010, I served a true and correct copy of the foregoing Status Report Regarding Service of Process by first class mail, U.S. Postal Service, upon the following:

Deer Park Lumber, Inc.
1301 SR 6E
Tunkhannock, Pennsylvania 18657-5724

Ryvamat, Inc.
RR 4, Box 280
Tunkhannock, Pennsylvania 18657

Sally A. Steele
70 Hollowcrest Road
Tunkhannock, Pennsylvania 18657

David R. Fine, Esq.
K&L Gates LLP
17 North Second Street, 18th Floor
Harrisburg, PA 17101

*Attorneys for Unit Petroleum Company*


YUKEVICH, MARCHETTI, LIEKAR
& ZANGRILLI, P.C.

By: s/ Thomas S. Anderson, Esq.
ALBERT J. ZANGRILLI, JR.
Pa. I.D. #15929
KEVIN J. O'HARE
Pa I.D. #66840
THOMAS S. ANDERSON
Pa. I.D. #91016

11 Stanwix Street, Suite 1024
Pittsburgh, PA 15222-1324

Attorneys for Plaintiff Citrus Energy Corporation