IN THE UNITED STATES DISTRICT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CITRUS ENERGY CORPORATION, | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) No.:   3:10-cv-1801-JMM |
| DEER PARK LUMBER, INC.; RYVAMAT, INC.; SALLY A. STEELE, an individual, and UNIT PETROLEUM COMPANY, | ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)

TO:   All Parties and Counsel of Record

Please take Notice that pursuant to Fed. R. Civ. P 41(a)(1), with no Answers or Motions for Summary Judgment having been filed by any Defendant, Plaintiff voluntarily dismisses this action as to Defendants Deer Park Lumber, Inc., Ryvamat, Inc. and Sally A. Steele with prejudice and as to Defendant Unit Petroleum Company without prejudice.

Date: December 1, 2010

YUKEVICH, MARCHETTI, LIEKAR
   & ZANGRILLI, P.C.

By:   s/ Thomas S. Anderson, Esq.
   ALBERT J. ZANGRILLI, JR.
   Pa. I.D. #15929
   KEVIN J. O'HARE
   Pa I.D. #66840
   THOMAS S. ANDERSON
   Pa. I.D. #91016

   11 Stanwix Street, Suite 1024
   Pittsburgh, PA  15222-1324

   Attorneys for Plaintiff Citrus Energy Corporation

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1) was served upon the parties and counsel listed below by first class United States mail, postage prepaid, this 1st day of December, 2010:

Deer Park Lumber, Inc.
1301 SR 6E
Tunkhannock, Pennsylvania 18657-5724

Ryvamat, Inc.
RR 4, Box 280
Tunkhannock, Pennsylvania 18657

Sally A. Steele
70 Hollowcrest Road
Tunkhannock, Pennsylvania 18657

David R. Fine, Esq.
K&L Gates LLP
17 North Second Street, 18th Floor
Harrisburg, PA 17101

*Attorneys for Unit Petroleum Company*

YUKEVICH, MARCHETTI, LIEKAR
 & ZANGRILLI, P.C.

By: s/ Thomas S. Anderson, Esq.
ALBERT J. ZANGRILLI, JR.
Pa. I.D. #15929
KEVIN J. O'HARE
Pa I.D. #66840
THOMAS S. ANDERSON
Pa. I.D. #91016

11 Stanwix Street, Suite 1024
Pittsburgh, PA  15222-1324

Attorneys for Plaintiff Citrus Energy Corporation